UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-cv-11568 JAK (ADS)                    Date:  March 26, 2026

Title:  *Dennis Balisacen Regalado v. Edward Borla*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  |  |
|:---:|:---:|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

        Pending before the Court is a Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (the "Petition") filed by Petitioner Dennis Balisacen Regalado, a California state prisoner proceeding pro se.  (Dkt. No. 1.)  On December 18, 2025, the Court notified Petitioner that he did not pay the required mandatory $5.00 filing fee or submit a completed Request to Proceed In Forma Pauperis ("IFP Request"), and that he must do so within thirty days.  (Dkt. No. 4.)  Petitioner was expressly warned that failure to do so may result in dismissal of this action.  (Id.)  As of the date of this Order, Petitioner has not paid the mandatory $5.00 filing fee or filed a properly completed IFP Request.

        Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute **by no later than April 9, 2026**.  Petitioner may respond to this Order (1) by paying the $5.00 filing fee or (2) by filing a properly completed IFP Request.  If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-09) to this Order for Petitioner's convenience.

        **Petitioner is expressly warned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-cv-11568 JAK (ADS)                    Date:  March 26, 2026

Title:  *Dennis Balisacen Regalado v. Edward Borla*

**to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-6.**[1]

   **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>

---

[1] This order is nondispositive.  However, if Petitioner believes this order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district judge within 20 days of the date of the order.  <u>See</u> <u>Bastidas v. Chappell</u>, 791 F.3d 1155, 1162 (9th Cir. 2015).